IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------x
STAR BUSINESS AND INDUSTRIAL )
DEVELOPMENT CORPORATION, STAR )
FINANCIAL LIMITED PARTNERSHIP, HENRY )
BECKLER, AND GEORGE MCLAUGHLIN, II, )
                                                                ) Civil Action No. 04-1240-SLR
                Plaintiffs, )
                              )
v. )
                              )
DELTA CONSTRUCTION, INC., t/a DELTA/SHORE )
LINE CONSTRUCTION, INC., t/a FULL BORE )
LINE CONSTRUCTION, INC., CHARLES A. LEE, )
WILLIAM TURNER, AND TERRENCE JOHNSON, )
                              )
                Defendants. )
---------------------------------------------------------------------x

## NOTICE OF DISMISSAL

TO:    Gary F. Traynor, Esquire        Charles L. Lee, Jr.
         Prickett, Jones & Elliott, P.A.     22 Hessian Boulevard
         1310 King Street                  Reading, PA 19607-9714
         Wilmington, DE 19801

      PLEASE TAKE NOTICE that plaintiffs dismiss the above action without prejudice.

                                                ROSENTHAL, MONHAIT & GODDESS, P.A.

                            By: _____
                                   Edward B. Rosenthal (DSBA No. 3131)
                                   919 Market Street, Suite 1401
                                   P.O. Box 1070
                                   Wilmington, DE 19899-1070
                                   (302) 656-4433
                                   Attorneys for Plaintiffs