## CERTIFICATE OF SERVICE

I, Edward B. Rosenthal hereby certify on this 12th day of March, 2007 that I caused a copy of the foregoing *Notice of Dismissal* to be served on the following parties by First Class Mail, Postage Prepaid.

Gary F. Traynor, Esquire  
Prickett Jones & Elliott, P.A.  
1310 King Street  
Wilmington, DE 19801

Charles L. Lee, Jr.  
22 Hessian Boulevard  
Reading, PA 19607-9714

_____  
Edward B. Rosenthal (Bar No. 3131)